Case # 21-18166

FILED
JEANNE A. NAUGHTON, CLERK

NOV 01 2021

U.S. BANKRUPTCY COURT
CAMDEN, N.J.
BY \_\_mwm\_\_ DEPUTY

Certificate Number: 14751-NJ-CC-036105944



14751-NJ-CC-036105944

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>November 1, 2021</u>, at <u>10:36</u> o'clock <u>AM PDT</u>, <u>PETRA PACHECO</u> received from <u>$0$ BK Class Inc.</u>, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the <u>District of New Jersey</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:   <u>November 1, 2021</u>         By:     <u>/s/Laura E Hauptman</u>

                                    Name:   <u>Laura E Hauptman</u>

                                    Title:  <u>Certified Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).

From: Petrd Chacco
4 N Montpelier Ave, Atlantic City, NJ
Case #21-18166

To: US Bankruptcy Ct
Camden



DISTRICT OF NJ LACEY
RECEIVED
2021 NOV -1 P 3:02

X-RAYED