| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY (TRENTON)<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br><br>ROMANO GARUBO & ARGENTIERI<br>Emmanuel J. Argentieri, Esquire<br>52 Newton Avenue, P.O. Box 456<br>Woodbury, New Jersey 08096<br>(856) 384-1515<br>Attorneys for Secured Creditor,<br>U.S. Bank National Association as Legal Title<br>Trustee for Truman 2016 SC6 Title Trust | Order Filed on December 14, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| Petra P Garcia-DePacheco<br>aka Petra P Pacheco<br>xxx-xx-6406 | Case No. 21-18166-ABA<br><br>Chapter 7 |

## ORDER VACATING STAY

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: December 14, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor:   Petra P Garcia-DePacheco
Case No: 21-18166
Caption of Order: ORDER VACATING STAY AS TO REAL PROPERTY

Upon the motion of U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust, (hereinafter "Movant"), under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain real property as herein set forth, and for cause shown, it is hereby:

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following real property:

21 Lake Place, Pleasantville, NJ 08232.

It is further ORDERED that the movant may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the Movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, Debtor's attorney, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                        Case No. 21-18166-ABA

Petra P Garcia-DePacheco                                                  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                    User: admin                    Page 1 of 2
Date Rcvd: Dec 14, 2021           Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Petra P Garcia-DePacheco, 4 N Montpelier Ave, Altantic City, NJ 08401-3620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2021                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Thomas J Subranni | trustee@subranni.com NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com |
| Thomas J Subranni | on behalf of Trustee Thomas J Subranni trustee@subranni.com NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Dec 14, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5