Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  21−18166−ABA
        Chapter:  7
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Petra P Garcia−DePacheco
   aka Petra P Pacheco
   4 N Montpelier Ave
   Altantic City, NJ 08401

Social Security No.:
   xxx−xx−6406

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/11/22.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: January 11, 2022
JAN: har

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 21-18166-ABA
Petra P Garcia-DePacheco  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1   User: admin   Page 1 of 2
Date Rcvd: Jan 11, 2022   Form ID: 148   Total Noticed: 6

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Petra P Garcia-DePacheco, 4 N Montpelier Ave, Altantic City, NJ 08401-3620 |
| 519334614 | + | Baldomero Pacheco, 4 Montpelier Avenue, Atlantic City, NJ 08401-3620 |
| 519334568 | + | Rushmore Loan Management, P.O. Box 514707, Los Angeles, CA 90051-4707 |
| 519334569 | + | Select Portfolio Servicing, P.O. Box 65250, Salt Lake City, UT 84165-0250 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 11 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 11 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

**Name**    **Email Address**

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 11, 2022 | Form ID: 148 | Total Noticed: 6 |

    Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Emmanuel J. Argentieri

    on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com

Thomas J Subranni

    on behalf of Trustee Thomas J Subranni Tjsubranni@gmail.com
    NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com

Thomas J Subranni

    Tjsubranni@gmail.com
    NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5

Case 21-18166-ABA    Doc 23    Filed 01/13/22    Entered 01/14/22 00:10:54    Desc Imaged
Certificate of Notice    Page 3 of 3