UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Thomas J. Subranni, Esquire
Thomas J. Subranni, LLC
115 South 11th Avenue
Longport, NJ 08403
609-335-1882
Chapter 7 Trustee
By:  Thomas J. Subranni, Esq.  TS1104
       tjsubranni@gmail.com

In Re:

Petra P. Garcia-DePacheco

Order Filed on January 11, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  21-18166 / ABA

Chapter:  7

Hearing Date: January 11, 2022

Judge:  Andrew B. Altenburg, Jr.

## ORDER TO DISMISS CHAPTER 7 PURSUANT TO 341(A) & 343

The relief set forth on the following pages, numbered two (2) through 2 is **ORDERED**.

**DATED: January 11, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The Court having reviewed the movant's Motion to Dismiss Chapter 7, and any related responses or objections, it is hereby ORDERED that:

1. The above-captioned Chapter 7 is hereby dismissed for Failure to Appear and be Examined Pursuant to Sections 341(A) and 343 of the Bankruptcy Code.

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 21-18166-ABA
Petra P Garcia-DePacheco     Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jan 11, 2022     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 13, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Petra P Garcia-DePacheco, 4 N Montpelier Ave, Altantic City, NJ 08401-3620 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 13, 2022     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 11, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-2 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Thomas J Subranni | Tjsubranni@gmail.com NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com |
| Thomas J Subranni | on behalf of Trustee Thomas J Subranni Tjsubranni@gmail.com NJ84@ecfcbis.com;cwild@subranni.com;Tom@subranni.com;Subranni@premierremote.com;dhoff@subranni.com;Melissa@subranni.com |

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jan 11, 2022 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5